**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AZAEL DYTHIAN PERALES, | |
| Plaintiff, | Case No. 25-cv-2644 (JMC) |
| v. | |
| OFFICE OF THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE, | |
| Defendant. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that this case is **DISMISSED with prejudice**.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: July 23, 2026